People v Sumpter (2025 NY Slip Op 03024)

People v Sumpter

2025 NY Slip Op 03024

Decided on May 20, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 20, 2025

Before: Webber, J.P., Friedman, Gesmer, Rosado, Michael, JJ. 

Ind. No. 2073/16|Appeal No. 4392|Case No. 2022-04011|

[*1]The People of the State of New York, Respondent,
v
Terrell Sumpter, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Nkechi N. Erondu of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Bridget White of counsel), for respondent.

Order, Supreme Court, New York County (Curtis J. Farber, J.), entered on or about March 30, 2022, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.
The court providently exercised its discretion in denying defendant's request for a downward departure (see People v Gillotti, 23 NY3d 841, 861 [2014]). Defendant sexually abused the child of the mother of two of his children for a two-year period beginning when the victim was seven years old. There were no mitigating factors that were not adequately taken into account in the risk assessment instrument or that outweighed the seriousness of the underlying offense, which was committed against a child (People v Morales, 157 AD3d 475, 475 [1st Dept 2018], lv denied 31 NY3d 903 [2018]) after having been adjudicated a sex offender on a prior case (People v Cruz, 182 AD3d 415, 416 [1st Dept 2020], lv denied 35 NY3d 914 [2020]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 20, 2025